IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIKOLAS BRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-681-RP |
| | § | |
| THE PRESIDENT OF THE UNITED | § | |
| STATES, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On September 23, 2020, the Court adopted United States Magistrate Judge Andrew W. Austin's report and recommendation. (R. & R., Dkt. 4). The Court dismissed Britton's lawsuit without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on September 23, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE